IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT REPELLA, | : | CIV NO. 3:22-CV-990 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | (Magistrate Judge Carlson) |
| | : | |
| KILOLO KIJAKAZI, | : | |
| **Acting Commissioner of Social Security** | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 7th day of November 2023, in accordance with the accompanying Memorandum Opinion, IT IS ORDERED that the defendant's motion to dismiss is GRANTED, (Doc. 15), and this case is DISMISSED without prejudice to renewal of a challenge to this agency determination if necessary once Repella has exhausted his administrative remedies. The clerk is directed to CLOSE this file.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
